**FILED**
December 07, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MGR_____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

YURI COUTO,

an individual,

           -against-

USAA Federal Savings Bank,　　　　　　　　　　5:2023-cv-01389-XR

a Delaware corporation.

                                                   **CIVIL CASE**

Whereas the court by email from its agent Natasha Martinez on December 6th, 2023 has informed Plaintiff of a discrepancy in the payment of a personal check sent with the case's filing;

Plaintiff states the following regarding the matter:

I understand there has been a discrepancy with the payment process. Please accept my apologies for the inconvenience to the Clerk's office.

However, the check I issued to TXWD is a bearer instrument on its face - for the amount of $402.00, which is full monetary consideration for the case fee. Nonetheless, I by no means wish to intrude on the customary rules of the court, and have attached my application to proceed in forma pauperis for consideration.

Also, for the record, the Principal (Account Holder) is the creditor in this matter. I ask that the Clerk please return the check instrument and all interest owed to the Principal at the following mailing address. Please deduct all reasonable mailing costs from the interest. Thank you.

YURI COUTO

c/o 9302 N 28th St

Tampa, Florida [33612]

Kind regards,

/s/ Yuri-Jacintho: Couto, Agent           12/6/2023

Plaintiff's Signature

 813-846-2395                              yuric96@yahoo.ca

Telephone Number                          Email Address