UNITED STATES DISTRICT COURT

WESTERN DISTRICT of TEXAS

SAN ANTONIO DIVISION

YURI COUTO,

an individual,

              -against-

USAA Federal Savings Bank, a Delaware corporation.

Case SA-23-CV-01389-XR

**Letter to Dismiss**

To the Honorable Judge of United States District Court for the Western District of Texas:

    I would like to inform the Court of the Plaintiff's early resolution of this claim. At the Court's Order, this matter may be dismissed in its entirety with prejudice despite Plaintiff's pleadings.

The matter has been resolved and the Plaintiff wishes to excuse all parties and the Court from the necessity of further prosecution. Defendant shall be notified of this Letter to Dismiss.

Submitted Respectfully,

Yuri Couto

        <u>/s/ Couto, Yuri-Jacintho, agent and bene. without prejudice</u>    <u>Date: Feb 7, 2024</u>
        YURI J COUTO, Principal
        c/o 9302 N 28th St
        Tampa, Florida [33612]