IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **YURI COUTO** | § | |
| | § | |
| **v.** | § | Civil Action No. 5:23-CV-01389 |
| | § | |
| **USAA FEDERAL SAVINGS BANK** | § | |

## RESPONSE TO THE LETTER MOTION TO DISMISS

Defendant USAA Federal Savings Bank thanks Plaintiff for informing the Court of his wish to dismiss the present action with prejudice. To avoid any misunderstanding, Defendant states for the record that the resolution of this matter arises entirely from the Plaintiff, and not from any representation by USAA FSB. Per Rule 41, the Court should dismiss with prejudice.

Respectfully submitted,

LINDOW ▪ STEPHENS ▪ SCHULTZ LLP

By: /s/ Theodore Schultz
Theodore C. Schultz
State Bar No. 00797393
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
(210) 227-2200 (telephone)
(210) 227-4602 (facsimile)
tschultz@lsslaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the United States District Court for the Western District, with notice of case activity to be generated and sent electronically by the Clerk of the Court with ECF notice and a copy being served on all parties to the original State Court action on this, the 14$^h$ of February 2024..

By: ___Theodore Schultz___
Theodore C. Schultz